FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
19 MAY 30 PM 12:37
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALBERTHA MCKINNEY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. CV418-305<br>) |
| ISLAND HOSPITALITY MANAGEMENT, JOE LAWSON, Chief Engineer, MARCUS REDMON, General Manager, and SUE MCCORMICK, Regional Vice President, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which Plaintiff has responded (Doc. 13). In the report and recommendation, the Magistrate Judge recommends dismissing without prejudice the claims against Defendants Joe Lawson, Marcus Redmon, and Sue McCormick. (Doc. 5 at 1.) In her response, Plaintiff states that she has no objections to the dismissal of these three individual defendants from this action. (Doc. 13 at 1.) The Magistrate Judge also instructed Defendant Island Hospitality Management ("IHM") to file a motion to dismiss for lack of personal jurisdiction, including any assertion of a process or service-based defense, within 14 days of the date of the report and recommendation and warned

Defendant IHM that a failure to do so would be construed as consent to personal jurisdiction and waiver of all related defenses. (Doc. 11 at 5.) Defendant IHM, represented by counsel, has failed to file such motion. Accordingly, the claims against Defendant IHM remain and shall proceed. The Magistrate Judge also noted that Defendant IHM has identified that it has been incorrectly named and that Island Hospitality Management III, LLC is the appropriate and intended defendant. (Doc. 11 at 2 (citing Doc. 4 at 2).)

After a careful de novo review of the record in this case, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants Joe Lawson, Marcus Redmon, and Sue McCormick are **DISMISSED WITHOUT PREJUDICE** from this action. As a result, Defendants Lawson, Redmon, and McCormick's Motion to Dismiss (Doc. 5) is **DISMISSED AS MOOT**. The claims against Defendant Island Hospitality Management III, LLC (incorrectly named in the complaint as Island Hospitality Management) shall proceed.

SO ORDERED this 30th day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA