# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALBERTHA MCKINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV418-305 |
| ) | |
| ISLAND HOSPITALITY ) | |
| MANAGEMENT, III, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendant's unopposed Motion to Amend Scheduling Order. Doc. 20; *see also* S.D. Ga. L.R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion"). Defendant notes that plaintiff filed an amended complaint, doc. 18, without leave of the Court and that it has filed a motion to dismiss that amended complaint, doc. 19. Defendant contends that they will not be prepared to comply with the Court's scheduling order deadlines because they are uncertain as to which complaint the case will travel under. Doc. 20.

The Court will **GRANT** defendant's motion to amend the scheduling order. The parties shall have fourteen days from the date the

Court rules on the Motion to Dismiss to *either* 1) submit a status report if the Court grants defendant's motion to dismiss or 2) file a proposed amended scheduling order if the Court denies defendant's motion. If the Court grants defendant's motion, the parties shall also have thirty days from the date of the order to file any dispositive motions.

**SO ORDERED,** this 2nd day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA