IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
ALBERTHA MCKINNEY,              )
                                )
     Plaintiff,                 )
                                )
v.                              )   CASE NO. CV418-305
                                )
ISLAND HOSPITALITY              )
MANAGEMENT, III, LLC,           )
                                )
     Defendant.                 )
_____)
```

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 26), to which objections have been filed (Doc. 27). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Construed Motion to Amend (Doc. 18) is **DENIED** and Defendant's Motion to Dismiss (Doc. 19) is **DISMISSED AS MOOT**.

SO ORDERED this 27th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA